FILED
CLERK, U.S. DISTRICT COURT
JUN 21 2024
CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CESAR LIONEL BARRAGAN REYES,<br><br>Defendant. | Case No. 5:21-cr-00100-JWH<br><br>ORDER OF DETENTION AFTER HEARING [Fed. R. Crim. P. 32.1(a)(6);18 U.S.C. § 3143(a)] |

The defendant having been arrested pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violations of the terms and conditions of supervision; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A. ( X ) The defendant has not met defendant's burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on: *nature of current allegations, including alleged failure to report as directed, absconding, and failure to reside as approved; substantial ties to another country*

1     and

2 B. ( ) The defendant has not met defendant's burden of establishing by clear and
3     convincing evidence that he is not likely to pose a danger to the safety of any other
4     person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is
5     based on:

7     IT THEREFORE IS ORDERED that the defendant be detained pending further
8 revocation proceedings.

10 Dated: 6-21-24

                                                  JOHN D. EARLY
                                                  United States Magistrate Judge